**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Eddie Mae CLEMONS, Defendant-Appellant.**

No. 16-13367

Non-Argument Calendar

United States Court of Appeals, Eleventh Circuit.

(February 23, 2017)

Lindsay Feinberg, Michael J. Moore, U.S. Attorney, U.S. Attorney's Office, Macon, GA, for Plaintiff-Appellee

Eddie Mae Clemons, FMC Carswell—Inmate Legal Mail, Fort Worth, TX, for Defendant-Appellant

Before MARCUS, MARTIN and FAY, Circuit Judges.

PER CURIAM:

John Philip Fox, appointed counsel for Eddie Clemons, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of

the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Clemons's revocation and sentence are **AFFIRMED**.